IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
RICHARD BRITTON,                     :
                                     :
          Plaintiff,                 :   CIVIL ACTION
                                     :
     v.                              :   No. 09-cv-1593
                                     :
WHITTMANHART, INC., and              :
JOHN WEINSTEIN, a/k/a                :
"CHIP" WEINSTEIN,                    :
                                     :
          Defendants.                :
```

**ORDER**

AND NOW, this    25th    day of June, 2009, upon consideration of Plaintiff's Motion to Remand (Doc. No. 6) and Defendant's Opposition to Plaintiff's Motion for Remand (Doc. No. 10), for the reasons set forth in the attached Memorandum, it is hereby ORDERED that the Motion for Remand is DENIED. It is further ORDERED that Defendant Weinstein is DISMISSED from the above-captioned action.  Finally, it is hereby Ordered that the Defendants' Motion to Dismiss is UNSTAYED.[1]

BY THE COURT:


s/J. Curtis Joyner

J. CURTIS JOYNER, J.

---

[1] Per this Court's Order entered May 6, 2009, Plaintiff shall have leave to file a substantive Response to Defendants' Motion to Dismiss within fourteen (14) days of the issuance of this Order.