```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

RICHARD BRITTON,                   :
                                   :
            Plaintiff,             :   CIVIL ACTION
                                   :
    v.                             :   No. 09-cv-1593
                                   :
WHITTMANHART, INC., and            :
JOHN WEINSTEIN, a/k/a              :
"CHIP" WEINSTEIN,                  :
                                   :
            Defendants.            :

**ORDER**

AND NOW this 13th day of August, 2009, upon consideration of Defendant, WHITTMANHART's, Motion to Dismiss (Doc. No. 4) and Plaintiff's Response in Opposition thereto (Doc. No. 8), it is hereby ORDERED that the Motion is DENIED.

                                BY THE COURT:


                                s/J. Curtis Joyner
                                J. CURTIS JOYNER, J.